# Nesbitt Law Firm

# Invoice

1335 Dublin Road, 217-A
Columbus, OH 43215
614-800-0262

**Invoice #:** 63
**Invoice Date:** 1/3/2014

**Case:** 11-62313
**P.O. Number:** Legal Service

**Bill To:**
Wes and Brenda Caldwell
6100 Northbend Drive
Canal Winchester, OH 43110

| Date | Description | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| 9/4/2013 | Discussion with Brenda Caldwell re: changes in living situation; expenses | 0.3 | 250.00 | 75.00 |
| 9/4/2013 | Call from Wes Caldwell re: changes in living situation | 0.1 | 250.00 | 25.00 |
| 10/7/2013 | Receive and review letter from US Bank re: account; e-mail to client | 0.1 | 250.00 | 25.00 |
| 10/7/2013 | Email from client re: US Bank letter | 0.1 | 250.00 | 25.00 |
| 10/24/2013 | Email from client with student loan statement; review; draft and send letter to creditor | 0.2 | 250.00 | 50.00 |
| 11/4/2013 | Review student loan proof of claim (15) and plan; e-mail to client re: plan length and modification | 0.3 | 250.00 | 75.00 |
| 11/4/2013 | Email from trustee re: length issue; respond regarding the same | 0.1 | 250.00 | 25.00 |
| 11/5/2013 | Call to client to discuss Ch 13 plan options; request documentation | 0.3 | 250.00 | 75.00 |
| 11/19/2013 | Receive and review client documentation; update schedules accordingly; e-mail to client for verification | 0.6 | 250.00 | 150.00 |
| 11/19/2013 | Review Ch 13 plan and calculate modification options | 0.5 | 250.00 | 125.00 |

**Total**  Next Page

**Payments/Credits**

**Balance Due**

laura@nesbittfirm.com          Page 1          www.nesbittfirm.com
EXHIBIT "A"



# Invoice

**NESBITT LAW FIRM**

1335 Dublin Road, 217-A
Columbus, OH 43215
614-800-0262

**Invoice #:** 63
**Invoice Date:** 1/3/2014

**Case:** 11-62313
**P.O. Number:** Legal Service

**Bill To:**
Wes and Brenda Caldwell
6100 Northbend Drive
Canal Winchester, OH 43110

| Date | Description | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| 11/19/2013 | Draft plan modification; e-mail to client for verification | 1 | 250.00 | 250.00 |
| 11/19/2013 | Email from client re: 401K loan details; review; revise schedules | 0.2 | 250.00 | 50.00 |
| 11/22/2013 | Review updated mortgage payment; calculate modification figures per amended schedules and updated mortgage payments | 0.4 | 250.00 | 100.00 |
| 11/22/2013 | Draft revised motion to modify; e-mail to client; call to client to discuss modification | 0.3 | 250.00 | 75.00 |
| 11/22/2013 | Draft and submit change of address for Brenda Caldwell | 0.4 | 100.00 | 40.00 |
| 11/22/2013 | File amended Schedules I/J | 0.1 | 100.00 | 10.00 |
| 11/22/2013 | File motion to modify | 0.1 | 100.00 | 10.00 |
| 11/26/2013 | Review denial of motion to modify; revise; resubmit<br>No charge | 0.6 | 0.00 | 0.00 |
| 12/17/2013 | Draft and submit order on motion to modify | 0.3 | 250.00 | 75.00 |
| 12/23/2013 | Receive and review order approving modification | 0.1 | 250.00 | 25.00 |
| 12/26/2013 | Review and respond to trustee e-mail re: wage order deduction | 0.1 | 250.00 | 25.00 |

| | |
|---|---|
| **Total** | Next page |
| **Payments/Credits** | |
| **Balance Due** | |



# Invoice

1335 Dublin Road, 217-A
Columbus, OH 43215
614-800-0262

**Invoice #:** 63
**Invoice Date:** 1/3/2014

**Case:** 11-62313
**P.O. Number:** Legal Service

**Bill To:**
Wes and Brenda Caldwell
6100 Northbend Drive
Canal Winchester, OH 43110

| Date | Description | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| 1/2/2014 | Email from client re: wage order deductions; calculate changes | | 250.00 | 250.00 |
| 1/3/2014 | Draft and submit amended wage orders per client request | 0.2 | 250.00 | 50.00 |
| 1/3/2014 | Receive and review signed amended wage orders; Call to court re: amended wage orders; e-mail to client | 0.2 | 250.00 | 50.00 |
| 1/6/2014 | Follow up e-mail from/to client re: amended wage orders; draft letter and mail order to employer at correct address per client request | 0.2 | 250.00 | 50.00 |
| 1/6/2014 | Draft application for compensation re: motion to modify | 0.7 | 250.00 | 175.00 |

Legal Service **Total** $1,885.00

**Payments/Credits** $0.00

**Balance Due** $1,885.00



**NESBITT LAW FIRM**

1335 Dublin Road, 217-A
Columbus, OH 43215
614-800-0262

# Invoice

**Invoice #:** 64
**Invoice Date:** 1/3/2014

**Case:** 11-62313
**P.O. Number:** EXPENSES

**Bill To:**
Wes and Brenda Caldwell
6100 Northbend Drive
Canal Winchester, OH 43110

| Date | Description | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| 11/22/2013 | Postage and photocopies on service of pleading: Change of Address<br>Copies: 2 pages @ 0.10/pg x 2 copies = 0.40<br>Postage: 2 letters @ 0.46/ea = .92 | | 1.32 | 1.32 |
| 11/22/2013 | Postage and photocopies on service of pleading: Motion to modify<br>Copies: 12 pages @ 0.10/pg x 54 copies = $64.80<br>Postage: 54 letters @ 0.66/ea = $35.64 | | 100.44 | 100.44 |
| 1/6/2014 | Postage and photocopies on service of order: amended wage order for Brenda Caldwell<br>Copies: 3 pgs @ $0.10 per page = $0.30<br>Postage: $0.46 | | 0.76 | 0.76 |

Expense **Total** $102.52

**Payments/Credits** $0.00

**Balance Due** $102.52

laura@nesbittfirm.com                                                                 www.nesbittfirm.com