# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No.: 11-62313 |
| Richard Wes Caldwell<br>Brenda L. Caldwell | Chapter 13 |
| Debtors. | Judge C. Kathryn Preston |

## NOTICE OF CHANGE OF ADDRESS
## FOR DEBTOR BRENDA CALDWELL ONLY

Debtor, through counsel, hereby notifies the court of her updated address as follows:

| | |
|---|---|
| Old Address: | 5344 Bay Forest Dr.<br>Canal Winchester, OH 43110 |
| **New Address:** | **6100 Northbend Drive**<br>**Canal Winchester, OH 43110** |

Respectfully submitted,

April 20, 2015  
Date

/s/ Laura M. Nesbitt  
Laura M. Nesbitt (0082629)  
The Nesbitt Law Firm  
1355 Dublin Road, 217-A  
Columbus, Ohio 43215  
(614) 800-0262  
*laura@nesbittfirm.com*  
*Counsel for Debtor*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate of copy of the foregoing <u>NOTICE</u> was served via regular US mail, postage prepaid or electronically as permitted by the rules, upon the following parties on **April 20, 2015.**

/s/ Laura M. Nesbitt_____
Laura M. Nesbitt (0082629
*Counsel for Debtor*

**Served electronically:**

Frank M. Pees, Chapter 13 Trustee

Office of the United States Trustee

Steven Henry Patterson

Nicholas Edward O'Bryan

Joel K Jensen

Brian M Gianangeli

**Served regular Mail:**

Brenda Caldwell
6100 Northbend Drive
Canal Winchester, OH 43110

Richard Wes Caldwell
6100 Northbend Drive
Canal Winchester, OH 43110