## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 11-62313 |
| Richard Wes Caldwell<br>Brenda L. Caldwell | Chapter 13 |
| Debtors. | Judge C. Kathryn Preston |

### DEBTOR RICHARD WES CALDWELL'S NOTICE OF CHANGE OF ADDRESS

Debtor Richard Wes Caldwell, through counsel, hereby notifies the court of his updated address as follows:

Debtor Richard Wes Caldwell's prior address is:
6100 North Bend Drive
Canal Winchester, OH 43110

**The new address for Debtor Richard Wes Caldwell ONLY is as follows:**
**350 ½ E. Wheeling St.**
**Lancaster, OH 43130**

The address for joint debtor **Brenda L. Caldwell ONLY remains unchanged and is as follows:**
6100 North Bend Drive
Canal Winchester, OH 43110

Respectfully submitted,

Date: December 5, 2016

/s/ Laura M. Nesbitt
Laura M. Nesbitt (0082629)
The Nesbitt Law Firm
5400 Frantz Road, Suite 210
Dublin, OH 43016
(614) 800-0262 – phone
(614) 808-1627 – fax
*laura@nesbittfirm.com*
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on December 5, 2016 addressed to:

Richard Wes Caldwell
350 ½ E. Wheeling Street
Lancaster, OH 43130

Brenda L. Caldwell
6100 North Bend Drive
Canal Winchester, OH 43110

                                                                                    /s/ Laura M. Nesbitt
                                                                                    Laura M. Nesbitt (0082629)
                                                                                    *Counsel for Debtor(s)*